UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDAT ARICI,<br><br>                                    Petitioner,<br><br>v.<br><br>TODD BLANCHE, U.S. Attorney General, et al.,<br><br>                                    Respondents. | Case No.:  3:26-cv-04512-RBM-DEB<br><br>**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMSISSED FOR FAILURE TO SATISFY FILING FEE REQUIREMENT** |

Petitioner Sedat Arici ("Petitioner"), an immigration detainee incarcerated at Otay Mesa Detention Center and proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). (Doc. 1.)  The day after the Petition was filed, Respondents filed a Notice of Transfer Out of District Before Petition Filed, representing that Petitioner was transferred from Otay Mesa Detention Center (in the Southern District of California) to California City Corrections Center (in the Eastern District of California). (Doc. 4 at 1.)  For the reasons discussed below, the Court finds that it has jurisdiction over the Petition, and that Petitioner must satisfy the filing fee requirement before the Court proceeds.

1

## I.   JURISDICTION

To the extent Respondents argue that Petitioner's transfer outside the Southern District deprives the Court of jurisdiction, the Court disagrees.  Under the prison mailbox rule, a *pro se* prisoner's habeas petition is filed "at the time . . . [it is] delivered . . . to the prison authorities for forwarding to the court clerk."  *Hernandez v. Spearman*, 764 F.3d 1071, 1074 (9th Cir. 2014) (citation omitted); *see also Melville v. Shinn*, 68 F.4th 1154, 1159 (9th Cir. 2023) (applying the prison mailbox rule to *pro se* federal habeas petitions).

Here, although it is unclear whether the Petition was delivered to prison authorities for mailing on July 26, 2026, Petitioner "signed and dated the [Petition] that day and nothing before the court suggests that the [Petition] was mailed after" that day."  *Perez Perez v. Warden of Cal. City Corrs. Ctr.*, No. 1:26-cv-01675-DAD-CKS, 2026 WL 1696811, at *1 (E.D. Cal. June 11, 2026); *see also Marroquin v. Facility Adm'r*, Case No. EDCV 26-03589-KK-ACCVx, 2026 WL 2043760, at *3 (C.D. Cal. July 9, 2026) (concluding that because "the Petition was signed and dated on June 25, 2026, . . . pursuant to the 'mailbox rule,' . . . the Petition [was] constructively filed on that date").  Under the prison mailbox rule, the Court finds that the Petition was filed on July 26, 2026.  Respondents represent that Petitioner was transferred out of the Southern District on July 28, 2026.  (Doc. 4 at 1.)  Accordingly, the Court finds that it retains jurisdiction over the Petition.  *See Francis v. Rison*, 894 F.2d 353, 354 (9th Cir. 1990) ("[B]ecause jurisdiction attaches on the initial filing for habeas corpus relief, . . . it is not destroyed by a transfer of the petitioner and the accompanying custodial change.") (citations omitted); *accord Marroquin*, 2026 WL 1696811, at *1.

## II.   FILING FEE REQUIREMENT

Petitioner has not paid the $5.00 filing fee and has not moved to proceed *in forma pauperis*.  "The Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed *in forma pauperis*."  *Armstrong v. Guzman*, Case No.: 25-CV-1426 JLS (JLB), 2025 WL 1696994, at *1 (S.D. Cal. June 16, 2025) (citing R. 3(a), Rules Governing Section 2254 Cases (2019)); *see also* S.D. Cal. Civ. R. 3.2.

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** why the Petition should not be dismissed for failure to satisfy the filing fee requirement. **To avoid dismissal of this habeas case, Petitioner must, on or before August 31, 2026:** (1) pay the $5.00 filing fee **OR** (2) submit an application to proceed *in forma pauperis* demonstrating his inability to pay the $5.00 filing fee.

For Petitioner's convenience, the Clerk of Court **shall attach** to this Order a blank application to proceed *in forma pauperis*.

Additionally, the Clerk of Court **shall mail** a copy of this Order to Petitioner at both (1) Otay Mesa Detention Center and (2) California City Corrections Center.

**IT IS SO ORDERED.**

DATE:  August 10, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3

3:26-cv-04512-RBM-DEB