UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SEDAT ARICI,

Petitioner,

v.

TODD BLANCHE, U.S. Attorney General, et al.,

Respondents.

Case No.: 3:26-cv-04512-RBM-DEB

**ORDER:**

**(1) GRANTING IFP MOTION [Doc. 7];**

**(2) GRANTING MOTION TO APPOINT COUNSEL [Doc. 2]**

Petitioner Sedat Arici ("Petitioner"), an immigration detainee formerly incarcerated at Otay Mesa Detention Center and proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). (Doc. 1.) The day after the Petition was filed, Respondents filed a Notice of Transfer Out of District Before Petition Filed, representing that Petitioner was transferred from Otay Mesa Detention Center to California City Corrections Center. (Doc. 4 at 1.) The Court found that it retained jurisdiction over the Petition but issued an Order to Show Cause because Petitioner had not paid the filing fee or moved to proceed *in forma pauperis* ("IFP"). (Doc. 5.)

On August 17, 2026, Petitioner filed an Application to Proceed in District Court without Prepaying Fees or Costs ("IFP Motion"). (Doc. 7.) The Court thus **DISCHARGES** the Order to Show Cause.

## I. IFP MOTION

In the IFP Motion, Petitioner attests that he has no means to pay the $5.00 filing fee. (*Id.* at 1–2.) Accordingly, the Court **GRANTS** Petitioner's IFP Motion. The Clerk of Court shall file the Petition without prepayment of the filing fee.

## II. MOTION TO APPOINT COUNSEL

Petitioner has also filed a Request for Appointment of Counsel ("Motion to Appoint Counsel"). (Doc. 2.) "Whenever the United States magistrate judge or the [C]ourt determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . (B) is seeking relief under section 2241, 2254, or 2255 of title 28." 18 U.S.C. § 3006A(a)(2). A "financially eligible person" is one who is "financially unable to obtain adequate representation in accordance with this section." *Id.* § 3006A(a). "In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (citations omitted).

Here, Petitioner attests that he cannot afford an attorney because he no longer has a job or any means to pay. (Doc. 2 at 3.) He also represents that he is unable to litigate his Petition because of the "limited legal information" available to him in custody. (*Id.*) "The Court also finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented." *Astafev v. Warden*, Case No. 3:26-cv-00313-RBM-AHG, ECF No. 4 (S.D. Cal. Jan. 30, 2026) (citing *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)). Accordingly, the Court **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc. as counsel.

## III. ORDER TO SHOW CAUSE

The Court finds that summary dismissal of the Petition is unwarranted. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted); *Alvarez v. Hill*, 518 F.3d 1152, 1157 (9th

Cir. 2008) (noting that *pro se* complaints are liberally construed and do not need to identify the constitutional source of the claims raised).

Petitioner may file an amended petition, through new counsel, on or before **September 2, 2026**. Respondents **SHALL RESPOND** on or before **September 9, 2026**. Their Response shall include as exhibits all documents or evidence relevant to the determination of the issues raised, including any relevant documents reflecting Petitioner's immigration history. Petitioner may file a reply on or before **September 16, 2026**. The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

The Clerk of the Court is **directed to transmit** a copy of the Petition (Doc. 1), the TRO Motion (Doc. 3), and this Order to the United States Attorney's Office and to Federal Defenders of San Diego, Inc. Counsel for Petitioner **SHALL FILE** a notice of appearance on or before **August 25, 2026**.

**IT IS SO ORDERED.**

DATE: August 19, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE